UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDDIE LAMP,

    Plaintiff,

v.                                                      Civil Action No.: 8:18-cv-00116-JSM-AAS

MERRICK BANK,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Merrick Bank, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the necessary settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                          Respectfully Submitted,

                                          **HOLLAND & KNIGHT LLP**

                                          /s/ Carter Burgess
                                          Carter Burgess
                                          E-mail:carter.burgess@hklaw.com
                                          50 North Laura Street, Suite 3900
                                          Jacksonville, FL  32202
                                          904.353.2000 (Telephone)
                                          904.358.1872 (Fax)

                                          *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the CM/ECF system on this 11th day of April, 2018, which will provide notice to all counsel of record.

/s/ R. Carter Burgess
Attorney
